## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kelly Smith

                         Plaintiff,

v.                                                  Case No.: 1:25−cv−11427
                                                    Honorable Virginia M. Kendall

IPP Buyer Acquisition, LLC

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 5, 2026:

 MINUTE entry before the Honorable Virginia M. Kendall. Case is dismissed with prejudice pursuant to Notice of Dismissal [12] and Federal Rule of Civil Procedure 41(a)(1)(A)(i). Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.